UNITED STATES DISTRICT COURT

| EASTERN | **District of** | CALIFORNIA |
|---|---|---|

RAID  ALI  SAEED, JR.
            Plaintiff

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

V.

COMMISSIONER of SOCIAL SECURITY,
          Defendant

CASE
NUMBER:      1:16-CV-00678-BAM

Having considered the application to proceed without prepayment of fees under 28 USC §1915  and

the complaint having been filed in this action;

IT IS ORDERED that the application is:

✗ GRANTED.

    ✗ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
      copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.
      All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

ENTER this   24th   day of      May     , 2016  .

                              /s/ *Barbara A. McAuliffe*
                             Signature of Judicial Officer

          BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
                 Name and Title of Judicial Officer